IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Green, Lawrence

Printed: 2/12/08

Case Number: 07 B 17127
Judge: Squires, John H
Filed: 9/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 123.18 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 1,771.35 | 0.00 |
| 5. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 6. | AT&T | Unsecured |  | No Claim Filed |
| 7. | City Of Chicago | Unsecured |  | No Claim Filed |
| 8. | Credigy Receiveables Inc | Unsecured |  | No Claim Filed |
| 9. | T Mobile USA | Unsecured |  | No Claim Filed |
| 10. | Comcast | Unsecured |  | No Claim Filed |
| 11. | Providian | Unsecured |  | No Claim Filed |
| 12. | Rentway Furniture | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 1,894.53 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Green, Lawrence

Printed:  2/12/08

Case Number:  07 B 17127
Judge:  Squires, John H
Filed:  9/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

